IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

| | |
|---|---|
| VERNESIA LEE WOMACK, ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| v. ) | CASE NO. 2:08-CV-534-WKW |
| ) | |
| UNITED STATES OF AMERICA, ) | |
| ) | |
| Defendant. ) | |

## **ORDER**

On January 31, 2011, the Magistrate Judge filed a Recommendation in this case to which no timely objections have been filed. (Doc. # 59.) Upon an independent review of the file in this case and upon consideration of the Recommendation and prior orders of the court, it is ORDERED that the Recommendation is ADOPTED, and that the United States's Renewed Motion to Dismiss and for Summary Judgment (Doc. # 53) is GRANTED.

An appropriate judgment will be entered.

DONE this 22nd day of February, 2011.

/s/ W. Keith Watkins
UNITED STATES DISTRICT JUDGE